IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS MONTANO and
REBECCA MONTANO,

        Plaintiffs,

v.                                                           No. 1:24-cv-01190-SMD-SCY

USAA GENERAL INDEMNITY COMPANY,

        Defendant.

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO SUBMIT CLOSING DOCUMENTS

THIS MATTER having come before the Court on the parties' Joint Motion to Extend Deadline to Submit Closing Documents, filed May 21, 2025 (Doc. 35), and the Court being sufficiently advised on the premises and noting no opposition, the Court finds the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Joint Motion to Extend Deadline to Submit Closing Documents (Doc. 35) is granted, and the deadline to submit closing documents for this case is June 23, 2025.

IT IS SO ORDERED.

_____
THE HONORABLE STEVEN C. YARBROUGH

Submitted by:

KENNEDY, HERNANDEZ & HARRISON, P.C.

 */s/ Ryne P. Smith*
Paul J. Kennedy
Jessica M. Hernandez
Elizabeth A. Harrison
Ryne P. Smith
201 Twelfth Street NW
Albuquerque, New Mexico 87102
(505) 842-8662
pkennedy@kennedyhernandez.com
jhernandez@kennedyhernandez.com
eharrison@kennedyhernandez.com
rsmith@kennedyhernandez.com

*Attorneys for Plaintiffs*